IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE FUMEA,<br>    Petitioner | : | Civil No. 3:13-cv-2463 |
| v. | : | (Judge Mariani) |
| WARDEN DELBERT SAUERS,<br>    Respondent | : | |

### ORDER

**AND NOW**, this \_\_27th\_\_ day of November, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge